1  **BOUTIN JONES INC.**
   Maralee MacDonald SBN 208699
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
3  meriksen@boutinjones.com
   (916) 321-4444/Fax: (916) 441-7597
4
   Attorneys for Defendant AIG Federal Savings Bank,
5  formerly known as Wilmington Finance, a division of
   AIG Federal Savings Bank (incorrectly named in the
6  caption as "WILMINGTON FINANCE, a business entity,
   form unknown)
7

8  LEPERA & ASSOCIATES, PC.
   Joseph A. Lepera SBN 207615
9  601 Montgomery Street – Suite 830
   San Francisco, CA  94111
10 joseph@leperalaw.com
   (415) 215-1001/Fax: (415) 362-9022
11 Attorneys for Plaintiff Catarino Mendoza

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | CATARINO MENDOZA, | ) | Case No.: 3:10-cv-05792-JCS |
   | --- | --- | --- |
16 |         Plaintiff, | ) | **STIPULATION TO EXTEND** |
   |     vs. | ) | **DEADLINE OF DEFENDANT AIG** |
17 |  | ) | **FEDERAL SAVINGS BANK,** |
   | WILMINGTON FINANCE, a business entity, | ) | **FORMERLY KNOWN AS** |
18 | form unknown, FIVE STAR INVESTMENT | ) | **WILMINGTON FINANCE, A DIVISION** |
   | AND REALTY; ACADEMY ESCROW, | ) | **OF AIG FEDERAL SAVINGS BANK TO** |
19 | INC., a business entity, form unknown; NEW | ) | **RESPOND TO PLAINTIFF'S FIRST** |
   | CENTURY, a business entity, form unknown, | ) | **AMENDED COMPLAINT** |
20 | NORTH AMERICAN TITLE COMPANY, a | ) | |
   | business entity, form unknown; MORTGAGE | ) | |
21 | ELECTRONIC REGISTRATION SYSTEMS, | ) | |
   | INC., a business entity, form unknown, and | ) | |
22 | DOES 1-100, inclusive, | ) | |
   |  | ) | |
23 |         Defendants. | ) | |
   |  | ) | |
24 | _____ | ) | |

25         Pursuant to Local Rule 6-1, plaintiff Catarino Mendoza and defendant AIG Federal Savings

26 Bank, formerly known as Wilmington Finance, a division of AIG Federal Savings Bank ("AIG FSB")

27 (incorrectly named in the caption as "WILMINGTON FINANCE, a business entity, form unknown),

28
- 1 -
STIPULATION TO EXTEND DEADLINE OF DEFENDANT AIG FEDERAL SAVINGS BANK, FORMERLY
KNOWN AS WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
394506.2

hereby stipulate to an extension of time for AIG FSB to respond to plaintiff's first amended complaint. Defendant's deadline to respond to plaintiff's first amended complaint is April 1, 2011.

                                        Respectfully submitted,

Dated: March 3, 2011           BOUTIN JONES INC.

                                        By:   */s/ Maralee MacDonald*
                                        Maralee MacDonald, Attorneys for Defendant AIG Federal Savings Bank, formerly known as Wilmington Finance, a division of AIG Federal Savings Bank

Dated: March 2, 2011           LEPERA & ASSOCIATES, PC.

                                        By: */s/ Joseph A. Lepera*
                                        Joseph A. Lepera
                                        Attorneys for Plaintiff Catarino Mendoza

Dated: March 4, 2011

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION TO EXTEND DEADLINE OF DEFENDANT AIG FEDERAL SAVINGS BANK, FORMERLY KNOWN AS WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

394506.2