| | |
|---|---|
| 1 | RUSS M. FUKANO (SBN 114166) |
|   | ERIC L. COMPERE (SBN 222038) |
| 2 | TROYGOULD PC |
|   | 1801 Century Park East, 16th Floor |
| 3 | Los Angeles, California 90067-2367 |
|   | Telephone: (310) 553-4441 |
| 4 | Facsimile: (310) 201-4746 |
|   | Email: rmfukano@troygould.com |

Attorneys for Defendants Vericrest Financial, Inc. and Mortgage Electronic Registration Systems, Inc.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATARINO MENDOZA, | Case No. 3:10-cv-05792-JCS |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND DEADLINE OF DEFENDANTS VERICREST FINANCIAL, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| WILMINGTON FINANCE, a business entity, form unknown; FIVE STAR INVESTMENT AND REALTY; ACADEMY ESCROW, INC., a business entity, form unknown; NEW CENTURY, business entity, form unknown; NORTH AMERICAN TITLE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; VERICREST FINANCIAL, a business entity, form unknown, and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 6-1, plaintiff Catarino Mendoza and defendants Vericrest Financial, Inc. ("Vericrest") and Mortgage Electronic Registration Systems, Inc. ("MERS") herby stipulate that the deadline for Vericrest and MERS to file and serve their respective responses to plaintiff's first amended complaint is extended, up to and including April 1, 2011.

Dated:  March 15, 2011

RUSS M. FUKANO
ERIC L. COMPERE
TROYGOULD PC


 /s/ Eric L. Compere
By:  Eric L. Compere
Attorneys for Defendants Vericrest Financial, Inc. and Mortgage Electronic Registration Systems, Inc.

Dated:  March 14, 2011

LEPERA & ASSOCIATES, PC.


By: /s/ Joseph A. Lepera
     Joseph A. Lepera
Attorneys for Plaintiff Catarino Mendoza

Dated: March 16, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TROYGOULD PC**

1

CAPTION

01425/0001 215310.1

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45** |
| 2 | Pursuant to General Order No. 45 of the Northern District of California, I attest that |
| 3 | concurrence in the filing of the document has been obtained from each of the other signatories to |
| 4 | this document. |
| 5 | By: /s/ Eric L. Compere |

**TROYGOULD**
**PC**

2

CAPTION

01425/0001 215310.1