| | |
|---|---|
| 1 | RUSS M. FUKANO (SBN 114166) |
|   | ERIC L. COMPERE (SBN 222038) |
| 2 | TROYGOULD PC |
|   | 1801 Century Park East, 16th Floor |
| 3 | Los Angeles, California 90067-2367 |
|   | Telephone: (310) 553-4441 |
| 4 | Facsimile: (310) 201-4746 |
|   | Email: rmfukano@troygould.com |
| 5 | |
| 6 | Attorneys for Defendants Vericrest Financial, Inc. and Mortgage Electronic Registration Systems, Inc. |

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATARINO MENDOZA, | Case No. 3:10-cv-05792-SC |
| Plaintiff, | STIPULATION TO FURTHER EXTEND DEADLINE OF DEFENDANTS VERICREST FINANCIAL, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| WILMINGTON FINANCE, a business entity, form unknown; FIVE STAR INVESTMENT AND REALTY; ACADEMY ESCROW, INC., a business entity, form unknown; NEW CENTURY, business entity, form unknown; NORTH AMERICAN TITLE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; VERICREST FINANCIAL, a business entity, form unknown, and DOES 1-100, inclusive, | [Local Rule 6-1] |
| Defendants. | |

WHEREAS:

1. Plaintiff Catarino Mendoza ("Plaintiff"), on the one hand, and defendants Vericrest Financial, Inc. ("Vericrest") and Mortgage Electronic Registration Systems, Inc. ("MERS"), on the other hand, are exploring the possibility of resolution by means of a loan modification;

2. Pursuant to a previous stipulation approved by the Court, April 1, 2011 is the current deadline for defendants Vericrest and MERS to file and serve their respective responses to the first amended complaint ("FAC");

3. A case management conference ("CMC") was previously set in this matter for April 1, 2011;

4. The April 1, 2011 CMC was vacated by the Clerk's March 23, 2011 Notice of Pending Reassignment and the Court's March 23, 2011 Reassignment Order, which both state that all matters previously scheduled for hearing before Magistrate Judge Spero are vacated;

6. Plaintiff, on the one hand, and Vericrest and MERS, on the other hand, are discussing a potential loan modification, which could result in a settlement of this matter, and are engaged in the process of collecting and evaluating the information/documents relevant to a loan modification; and

7. Plaintiff, on the one hand, and Vericrest and MERS, on the other hand, agree that their discussions about potential resolution of this matter would be facilitated by a further extension of the deadline for Vericrest and MERS to respond to the first amended complaint.

**THEREFORE**:

In view of the foregoing, and pursuant to Local Rule 6-1, plaintiff Catarino Mendoza and defendants Vericrest and MERS hereby stipulate that the deadline for Vericrest and MERS to file and serve their respective responses to plaintiff's first amended complaint is extended, up to and including May 2, 2011.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2011 | RUSS M. FUKANO |
| 2 | | ERIC L. COMPERE |
| | | TROYGOULD PC |

/s/ Eric L. Compere
By: Eric L. Compere
Attorneys for Defendants Vericrest Financial, Inc. and Mortgage Electronic Registration Systems, Inc.

Dated: March 24, 2011                LEPERA & ASSOCIATES, PC.

By: /s/ Joseph A. Lepera
Joseph A. Lepera
Attorneys for Plaintiff Catarino Mendoza

IT IS SO ORDERED
Judge Samuel Conti
3/29/11
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TROYGOULD PC**

2

STIPULATION TO FURTHER EXTEND DEADLINE OF DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

01425/0114 216009.2

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Eric L. Compere