**BOUTIN JONES INC.**
Maralee MacDonald SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
meriksen@boutinjones.com
(916) 321-4444/Fax: (916) 441-7597

Attorneys for Defendant AIG Federal Savings Bank,
formerly known as Wilmington Finance, a division of
AIG Federal Savings Bank (incorrectly named in the
caption as "WILMINGTON FINANCE, a business entity,
form unknown")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARINO MENDOZA, | Case No.:  3:10-cv-05792-SC |
| Plaintiff, | **STIPULATED REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WILMINGTON FINANCE, a business entity, form unknown, FIVE STAR INVESTMENT AND REALTY; ACADEMY ESCROW, INC., a business entity, form unknown; NEW CENTURY, a business entity, form unknown, NORTH AMERICAN TITLE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown, VERICREST FINANCIAL, a business entity form unknown, and DOES 1-100, inclusive, | |
| Defendants. | |

Plaintiff Catarino Mendoza, defendant AIG Federal Savings Bank, formerly known as Wilmington Finance, a division of AIG Federal Savings Bank ("AIG FSB") (incorrectly named in the caption as "WILMINGTON FINANCE, a business entity, form unknown"), defendant Vericrest Financial, Inc. and defendant Mortgage Electronic Registration Systems, Inc. hereby submit the following stipulated request and proposed order to continue scheduling conference in this matter as follows:

///

## RECITALS

WHEREAS,

1. Plaintiff Catarino Mendoza ("Plaintiff"), on the one hand, and the defendants, Vericest Financial, Inc. ("Vericrest") and Mortgage Electronic Registration Systems, Inc. ("MERS") on the other hand, are exploring the possibility of resolution by means of a loan modification;

2. Pursuant to a Stipulation and Order by the Court entered as Document 26 on May 3, 2011, this Court approved a stipulation to extend Defendants Vericrest and MERS' deadline to respond to the First Amended Complaint to June 1, 2011;

3. Defendant AIG FSB has moved to dismiss all claims brought by Plaintiff against AIG FSB and that motion is currently set for hearing on May 27, 2011 before this Court;

4. Pursuant to a Clerk's Notice [Document 21] this matter is currently set for Case Management Conference scheduled for June 10, 2011 with the parties to submit a single joint Case Management Conference Statement seven days ahead of the conference, on June 3, 2011.

5. The undersigned parties agree that a continuance of the Case Management Conference in this matter would facilitate further discussions about potential resolution between Plaintiff on the one hand and Vericrest and MERS on the other hand and would promote the interests of judicial economy and avoid undue consumption of the Court's and the parties' respective resources.

## STIPULATION

Based upon the recitals above, the undersigned parties hereby stipulate to the continuance of the case management conference in this matter to August 12, 2011, at 10:00 a.m. in Courtroom 1, on the 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Samuel Conti. The parties are to file one Joint Case Management Statement ten days prior to the conference.

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: May 19, 2011 | BOUTIN JONES INC. |
| 3 |   | By:  */s/ Maralee MacDonald* |
|   |   | Maralee MacDonald, Attorneys for Defendant |
| 4 |   | AIG Federal Savings Bank, formerly known as |
|   |   | Wilmington Finance, a division of AIG Federal |
| 5 |   | Savings Bank |

8  Dated: May 19, 2011            LEPERA & ASSOCIATES, PC.

9                                  By:  */s/ Joseph A. Lepera*
                                   Joseph A. Lepera, SBN 207615
10                                 LEPERA & ASSOCIATES, PC.
                                   601 Montgomery Street – Suite 830
11                                 San Francisco, CA  94111
                                   joseph@leperalaw.com
12                                 (415) 215-1001/Fax: (415) 362-9022
                                   Attorneys for Plaintiff Catarino Mendoza

15 Dated: May 19, 2011            TROYGOULD, PC

16                                 By:  */s/ Kenneth J. MacArthur*
                                   Kenneth J. MacArthur SBN 175906
17                                 TROYGOULD, PC
                                   1801 Century Park East, 16th Floor
18                                 Los Angeles, CA  90067-2367
                                   kmacarthur@troygould.com
19                                 (310) 553-4441/Fax: (301) 201-4746
                                   Attorneys for Defendants Vericrest Financial,
20                                 Inc. and Mortgage Electronic Registration
                                   Systems, Inc.

25 IT IS SO ORDERED.

26 Dated:  6/2         , 2011

27                                 _____
                                   Honorable Samuel Conti
28                                 United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

- 3 -
**STIPULATED REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
408839.1                                                                3:10-cv-05792-SC

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other counsel of record who are signatories to this document.

By: ___/s/ Maralee MacDonald___