1  RUSS M. FUKANO (SBN 114166)
   KENNETH J. MACARTHUR (SBN 175906)
2  TROYGOULD PC
   1801 Century Park East, 16th Floor
3  Los Angeles, California 90067-2367
   Telephone:    (310) 553-4441
4  Facsimile:    (310) 201-4746
   Email:        rmfukano@troygould.com
5
   Attorneys for Defendants Vericrest
6  Financial, Inc. and Mortgage Electronic
   Registration Systems, Inc.
7

8                 UNITED STATE DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | CATARINO MENDOZA,                              ) | Case No. 3:10-cv-05792-SC
12 |            Plaintiff,                          ) | STIPULATION TO FURTHER EXTEND
                                                      | DEADLINE OF DEFENDANTS
13 |       v.                                       ) | VERICREST FINANCIAL, INC. AND
                                                      | MORTGAGE ELECTRONIC
14 | WILMINGTON FINANCE, a business entity,         ) | REGISTRATION SYSTEMS TO
   | form unknown; FIVE STAR INVESTMENT             ) | RESPOND TO PLAINTIFF'S FIRST
15 | AND REALTY; ACADEMY ESCROW, INC.,              ) | AMENDED COMPLAINT
   | a business entity, form unknown; NEW           )
16 | CENTURY, business entity, form unknown;        ) | [Local Rule 6-1]
   | NORTH AMERICAN TITLE COMPANY, a                )
17 | business entity, form unknown; MORTGAGE        )
   | ELECTRONIC REGISTRATION SYSTEMS,               )
18 | INC., a business entity, form unknown;         )
   | VERICREST FINANCIAL, a business entity,        )
19 | form unknown, and DOES 1-100, inclusive,       )
                                                    )
20 |            Defendants.                         )
                                                    )
21                                                  )
                                                    )
22

**TroyGould PC**

STIPULATION TO FURTHER EXTEND DEADLINE OF DEFENDANTS
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

01425/0114 218328.1

WHEREAS:

1. Plaintiff Catarino Mendoza ("Plaintiff"), on the one hand, and defendants Vericrest Financial, Inc. ("Vericrest") and Mortgage Electronic Registration Systems, Inc. ("MERS"), on the other hand, are exploring the possibility of resolution by means of a loan modification;

2. Pursuant to a previous stipulation approved by the Court, June 1, 2011 is the current deadline for defendants Vericrest and MERS to file and serve their respective responses to the first amended complaint ("FAC");

3. To facilitate the discussions concerning a potential loan modification, the parties to this matter previously submitted a stipulation and proposed order to continue the case management conference ("CMC") (previously set for June 10, 2011) to August 12, 2011;

4. Plaintiff, on the one hand, and Vericrest and MERS, on the other hand, agree that their discussions about potential resolution of this matter would be facilitated by a further extension of the deadline for Vericrest and MERS to respond to the first amended complaint.

**THEREFORE**:

In view of the foregoing, and pursuant to Local Rule 6-1, plaintiff Catarino Mendoza and defendants Vericrest and MERS hereby stipulate that the deadline for Vericrest and MERS to file and serve their respective responses to plaintiff's first amended complaint is extended, up to and including July 1, 2011.

Dated: June 1, 2011

RUSS M. FUKANO
KENNETH J. MACARTHUR
TROYGOULD PC
 /s/ Kenneth J. MacArthur
By: Kenneth J. MacArthur
Attorneys for Defendants Vericrest Financial, Inc. and Mortgage Electronic Registration Systems, Inc.

Dated: May 31, 2011

LEPERA & ASSOCIATES, PC.
By: /s/ Joseph A. Lepera
     Joseph A. Lepera
Attorneys for Plaintiff Catarino Mendoza

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Kenneth J. MacArthur