UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARINO MENDOZA,<br><br>            Plaintiff,<br>   v.<br>WILMINGTON FINANCE, et al.,<br><br>            Defendants. | No. C-10-5792 SC<br><br><u>ORDER TO SHOW CAUSE</u> |

On November 18, 2011, counsel for Plaintiff Catarino Mendoza ("Plaintiff") failed to appear for a Case Management Conference in this case. The Court hereby issues this Order to Show Cause why this action should not be dismissed for failure to prosecute. Plaintiff must also show cause by certification of counsel filed by <u>Monday, November 28, 2011.</u> The Show-Cause Hearing is scheduled for <u>Tuesday, November 29</u>, at <u>10:00 a.m.</u> in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiff's failure to appear at the Show-Cause Hearing will result in dismissal of the Complaint. Counsel for Defendants do not need to appear for the Show-Cause Hearing.

IT IS SO ORDERED.

Dated: November 18, 2011

                                                   */s/ Samuel Conti*
                                    UNITED STATES DISTRICT JUDGE