JOSEPH A. LEPERA (SBN 207615)
LEPERA + ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, California 94111
Telephone: (415) 215-1001
Facsimile: (415) 362-9022
E-mail: joseph@leperalaw.com

Attorneys for Plaintiff
CATARINA MENDOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATARINO MENDOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON FINANCE, a business entity, form unknown; FIVE STAR INVESTMENT AND REALTY; ACADEMY ESCROW, INC., a business entity, form unknown; NEW CENTURY, a business entity, form unknown; NORTH AMERICAN TITLE COMPANY, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:10-CV-05792-SC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:            Hon. Samuel Conti<br><br>Complaint Filed:    December 20, 2010 |

**PLEASE TAKE NOTICE** that Plaintiff CATARINO MENDOZA ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants Five Star Investment and Realty, New Century, and North

1
_____
*Catarino Mendoza v. Wilmington Finance, et al.* – Case No. 3:10-CV-05792-SC
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

1  American Title Company.

2  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

3  (a) Voluntary Dismissal.

4  **(1) *By the Plaintiff.***

5  **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

8  **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

10  Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED: November 21, 2011            Respectfully Submitted,

LEPERA + ASSOCIATES, PC

By: *s/s Joseph A. Lepera*
    Joseph A. Lepera
    Attorneys for Plaintiffs



---

*Catarino Mendoza v. Wilmington Finance, et al.* – Case No. 3:10-CV-05792-SC
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**